## RETAINER AGREEMENT FOR CHAPTER 7 CASE

The undersigned retain, RICHARD S. BASS and other attorneys he may employ, and gives permission to RICHARD S. BASS to retain attorneys to act as co-counsel in my case.

The attorney fee is $ __600__ plus a filing fee of ~~$306~~. This amount is to be paid in full prior to the filing of the case with the Court, unless other payment arrangements are set forth. This is for one (1) date before the trustee and no court appearances. If I/We miss the date before the trustee, there will be an additional fee of $150.00. If the fee is not paid as agreed, I/We will pay any and all collection costs, including attorney fees in an amount of not less than $350.00.

I have paid a retainer of $ __200__. The balance is $ __400__, plus The filing fee of ~~$306~~

The attorney fee balance will be paid at the rate of $ __100__, every two (2) weeks.

The first payment is due on __3-24-10__ and each two (2) weeks after.

_____ If the payments are made by check and a check is returned for any reason, I will be charged $25.00 to cover the bank charges and an additional $25.00 for the additional costs of accounting.

_____ It is understood that filing of a bankruptcy will have a negative impact on my credit report.

_____ It is understood that the following debts will not be discharged: child support/maintenance/some debts incurred from a property settlement in a divorce case/debts from DUI or criminal cases/parking tickets/debts from fraudulent transactions/some debts from recent cash advances or credit use.

_____ It is understood that student loans will not be discharged. I will have to repay my student loan.

_____ It is understood that most tax debts cannot be discharged. My attorney has not been retained to represent me in any manner relating to any possible tax debts. I assume all responsibility relating to any and all taxes. I hold my attorney harmless in this matter for any and all tax related issues.

_____ It is understood that my attorney does not guarantee the discharge of tax debts, student loans and if they are not discharged, I will hold the attorney harmless.

_Jason J Jones_  3/11/11                           _R. Bass_  3/11/11
         Date                                              Date